

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
JAN 0 4 2023
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
 )
 )　Case No.
 )
 )　23-20020
 )
_____)

### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: 01/04/2023　　　　　_____
 Debtor's Signature

DATED:_____　　　　_____
 Joint Debtor's (if any) signature

**Submit this form and your Master Address List to one of the following addresses:**

| Sacramento Division | Modesto Division | Fresno Division |
| --- | --- | --- |
| 501 I Street, Suite 3-200 | 1200 I Street, Suite 200 | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | Modesto, CA 95354 | Fresno, CA 93721 |

EDC 2-100 (Rev. 10/22)

4/4

C.I.G. Financial — Car Loan
6 Executive Cir.
Irvine, CA 92614
Phone - (877) 244-442
Acct. # 2502373

---

Applied Bank (2 accounts) — Credit Card
2200 Concord Pike
Wilmington, DE 19803
1st Acct. # 4227-0933-7431-1060
2nd Acct. # 4227-0933-7440-3115

---

Genesis FS Card Service — Credit Card
14000 NW Greenbrier Pkwy
Beaverton, Oregon 97006
Acct. # 5410-5143-4317-8086

---

Bank of Missouri / Aspire — Credit Card
P.O. Box 247
Perryville, Missouri 63775