FILED

FEB 21 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



From: Larry Butler
Re: Case No. 23-20020

Dear Judge:

I am requesting a 30 day extension on my payment of $2000.00 due 2/25/23. I initially had a job that was to begin 2/6/23, but unfortunately the job offer was rescinded. I am very close on another job opportunity and would appreciate some additional time for my installment payment.

Sincerely,