**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                            ) Case No. 23-20020 - C - 13
Larry Dale Butler,               ) Docket Control No.
              Debtor.            ) Document No. 17
                                 ) Date: 02/21/2023
                                 ) Time: 2:00 PM
                                 ) Dept: C
```

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Order to Show Cause having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Order to Show Cause is discharged, no sanctions ordered, and the bankruptcy case shall proceed in this court.

Dated: February 28, 2023

_____
United States Bankruptcy Judge

[17] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 2/21/2023 at 02:00 PM at Sacramento Courtroom 35, Department C. (isaf)