3-6-23

Dwight Plank Trust

**FILED**

MAR -7 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

12608 Colorado Avenue

Bakersfield, CA 93312

Acct. - 5338 Terrace Oak,

Amount owed - $10,000.00

Re: Overdue Lease Payments

Bankruptcy Case No. 23-20020

TASK PAD™

AT-A-GLANCE®