FORM L99 Order to Show Cause Re Dismissal of Case or Imposition of Sanctions Combined with Notice Thereof  (v.10.14)

23–20020 – C – 13 G



# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

# ORDER TO SHOW CAUSE RE DISMISSAL OF CASE OR
# IMPOSITION OF SANCTIONS COMBINED WITH NOTICE THEREOF

**Case Number:**    23–20020 – C – 13 G

**Debtor Name(s) and Address(es):**

Larry Dale Butler
 5338 Terrace Oak Cir
Fair Oaks, CA 95628

The Court docket and file in the above case indicate that the Court entered an Order granting leave to pay the filing and administrative fees prescribed by 28 U.S.C. § 1930 in installments, and fixing the number, amount and dates of payment. The document number and docket text for the order is set forth below.

**[7] – Order granting 6 Motion/Application to Pay Filing Fees in Installments Next Installment Payment in the amount of $79 due by 2/3/2023. Second Installment Payment in the amount of $78 due by 3/6/2023. Third Installment Payment in the amount of $78 due by 4/4/2023. Final Installment Payment in the amount of $78 due by 5/4/2023. (dpas)**

*The debtor(s) have failed to pay one or more installment(s) according to the schedule specified in that Order. The amount of $78.00, due on 3/6/23, has not been paid.*

**THEREFORE, IT IS ORDERED** that the debtor, and if represented, the debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:**        3/28/23 at 10:00 AM
**PLACE:**              U.S. Bankruptcy Court
                        Courtroom 35, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to make the installment payment(s) listed above or any subsequent installment payment which may have come due and remains unpaid at the time of the hearing.

APPEARANCE AT THIS HEARING MAY BE NECESSARY. IF YOU HAVE PAID THIS FILING FEE BEFORE THE HEARING DATE, CHECK THE COURT'S PRE–HEARING DISPOSITIONS PAGE ON THE WEB SITE, AS THE MATTER MAY BE REMOVED FROM THE COURT'S CALENDAR.

You may arrange to attend by telephone by contacting Court Call at 1–866–582–6878 at least seven (7) days prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:                          For the Court,
3/10/23                         Wayne Blackwelder , Clerk