United States Bankruptcy Court
Eastern District of California

In re:     Case No. 23-20020-C
Larry Dale Butler     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: admin     Page 1 of 2
Date Rcvd: Apr 19, 2023     Form ID: pdf010     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry Dale Butler, 5338 Terrace Oak Cir, Fair Oaks, CA 95628-3663 |
| 23500636 | + | Bank of Missouri Aspire Credit Card, PO Box 247, Perryville MO 63775-0247 |
| 23500635 | + | C I G Financial Car Loan, 6 Executive Cir, Irvine CA 92614-4736 |
| 23521123 | + | Dwight J Plank Trust, 12608 Colorado Avenue, Bakerfield 93312-5646 |
| 23500634 | | Genesis FS Card Service, 146000 NW Greenbrier Pkwy, Beaverton OR 97006 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: efile@mod13.com | Apr 20 2023 00:18:00 | Russell D. Greer, PO Box 3051, Modesto, CA 95353-3051 |
| 23500633 | + | Email/Text: bnc-applied@quantum3group.com | Apr 20 2023 00:18:00 | Applied Bank, 2200 Concord Pike, Wilmington DE 19803-2909 |
| 23500321 | + | Email/Text: mdoan@cigfinancial.com | Apr 20 2023 00:18:00 | CIG FINANCIAL, PO BOX 19795, IRVINE, CA 92623-9795 |
| 23509258 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2023 00:19:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 23515457 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2023 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 23518533 | | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2023 00:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23500808 | + | Email/Text: bankruptcy.enotice@smud.org | Apr 20 2023 00:18:00 | Sacramento Municipal Utility District, 6301 S St, Sacramento CA 95817-1816 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023 Signature: /s/Gustava Winters

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:  LARRY DALE BUTLER                                                   Case No.:  23-20020

                  Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

RUSSELL D. GREER, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  01/04/2023.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  03/29/2023.
6) Number of months from filing or conversion to last payment:  0.
7) Number of months case was pending:  3.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
  Total paid by or on behalf of the debtor:     $.00
  Less amount refunded to debtor:                $.00
**NET RECEIPTS:**                                             $.00

**Expenses of Administration:**
  Attorney's Fees Paid Through The Plan:         $.00
  Court Costs:                                   $.00
  Trustee Expenses and Compensation:             $.00
  Other:                                         $.00
**TOTAL EXPENSES OF ADMINISTRATION:**                         $.00

Attorney fees paid and disclosed by debtor:      $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| APPLIED BANK | Unsecured | 4,300.00 | NA | NA | .00 | .00 |
| APPLIED BANK | Unsecured | 790.00 | NA | NA | .00 | .00 |
| BANK OF MISSOURI | Unsecured | 1,400.00 | NA | NA | .00 | .00 |
| CIG FINANCIAL | Secured | NA | .00 | .00 | .00 | .00 |
| CIG FINANCIAL | Secured | 2,300.00 | NA | NA | .00 | .00 |
| CIG FINANCIAL | Secured | NA | .00 | .00 | .00 | .00 |
| CITIBANK NA | Unsecured | 14,500.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | 950.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: LARRY DALE BUTLER  Case No.: 23-20020

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OFFICE OF THE US TRUSTEE | Unsecured | NA | NA | NA | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 04/19/2023   By: /s/RUSSELL D. GREER
                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.